**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

January 6, 2020

U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

      RE:  Dennis and Helen Calnan
             Chapter 13 Bankruptcy
             Case No.-16-00897

Dear Sir/Madam:

    Please be advised the address for the above Debtors has changed. The correct information is as follows:

    Dennis and Helen Calnan
    900 North Township Blvd Apt 329
    Pittston, PA 18640

Please correct the mailing matrix.

    Thank you for your assistance in this matter.

             Very truly yours,

             Tullio DeLuca, Esq.

TD/ma