Certificate Number: 15317-PAM-DE-035619098

Bankruptcy Case Number: 16-00897


15317-PAM-DE-035619098

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 28, 2021</u>, at <u>3:54</u> o'clock <u>PM PDT</u>, <u>Dennis Calnan</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>April 28, 2021</u>          By:   <u>/s/Jennieca Laud</u>

Name:  <u>Jennieca Laud</u>

Title:  <u>Credit Counselor</u>

Certificate Number: 15317-PAM-DE-035619099

Bankruptcy Case Number: 16-00897


15317-PAM-DE-035619099

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 28, 2021</u>, at <u>3:54</u> o'clock <u>PM PDT</u>, <u>Helen M Calnan</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 28, 2021</u>　　　　By: <u>/s/Jennieca Laud</u>

　　　　　　　　　　　　　　　Name: <u>Jennieca Laud</u>

　　　　　　　　　　　　　　　Title: <u>Credit Counselor</u>