In re:  Case No. 16-00897-MJC
Dennis Calnan  Chapter 13
Helen Calnan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Sep 16, 2021      Form ID: fnldecnd      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis Calnan, Helen Calnan, 900 North Township Blvd Apt 329, Pittston, PA 18640-3573 |
| cr | + | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 4759199 | | CFNA, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 4807995 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4786538 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 4759203 | + | Dennis Calnan, 430 New Grove St., Wilkes-Barre, PA 18702-4259 |
| 4759204 | + | Geisinger Health System, 100 North Academy Ave., Danville, PA 17822-0001 |
| 4759205 | + | Helen Calnan, 430 New Grove St., Wilkes-Barre, PA 18702-4259 |
| 4759208 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 4759213 | + | Target National Bank, c/o Target Credit Services, P.O. Box 1581, Minneapolis, MN 55440-1581 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4759197 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 16 2021 18:57:31 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4781688 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 16 2021 18:57:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4759198 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 16 2021 18:57:46 | Capital One/Boscov's, Retail Services, P.O. Box 5893, Carol Stream, IL 60197-5893 |
| 4759200 | + | Email/Text: bk.notifications@jpmchase.com | Sep 16 2021 18:55:00 | Chase, P.O. Box 901076, Fort Worth, TX 76101-2076 |
| 4759201 | + | Email/Text: bk.notifications@jpmchase.com | Sep 16 2021 18:55:00 | Chase Auto Finance, National Bankruptcy Dept., 201 N. Central Ave., AZ1-1191, Phoenix, AZ 85004-1071 |
| 4759202 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2021 18:57:39 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 4759206 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2021 18:57:39 | Home Depot Credit Services, PO Box 790328, St Louis, MO 63179-0328 |
| 4797758 | | Email/Text: bk.notifications@jpmchase.com | Sep 16 2021 18:55:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 4759207 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 16 2021 18:55:00 | Kohl's, P.O. Box 3004, Milwaukee, WI 53201-3004 |
| 4803139 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2021 18:57:31 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4775765 | | Email/Text: camanagement@mtb.com | Sep 16 2021 18:55:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

| | | | | |
|---|---|---|---|---|
| 4759209 | | Email/Text: camanagement@mtb.com | Sep 16 2021 18:55:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 4759210 | | Email/Text: camanagement@mtb.com | Sep 16 2021 18:55:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 4803331 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 16 2021 18:55:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4811881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2021 18:57:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4759211 | | Email/Text: collections@service1.org | Sep 16 2021 18:55:00 | Service 1st Federal Credit Union, 1207 Bloom Street, Danville, PA 17821 |
| 4759212 | | Email/PDF: gecsedi@recoverycorp.com | Sep 16 2021 18:57:47 | Synchrony Bank/Wal-Mart, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 4808681 | + | Email/Text: bncmail@w-legal.com | Sep 16 2021 18:55:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bass and Associates PC | on behalf of Creditor CAVALRY SPV I  LLC ecf@bass-associates.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| John F Goryl | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor Lakeview Loan Servicing  LLC josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |

| | |
|---|---|
| Thomas I Puleo | on behalf of Creditor Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Plaintiff Helen Calnan tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Helen Calnan tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Dennis Calnan tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Plaintiff Dennis Calnan tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dennis Calnan,            Chapter     13

    **Debtor 1**

                                                   Case No.     5:16−bk−00897−MJC

Helen Calnan,
aka Helen Marie Calnan, aka Helen M. Calnan,

    **Debtor 2**

Social Security No.:
                      xxx−xx−7226         xxx−xx−9075

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

                                   **Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Dennis Calnan and Helen Calnan** in accordance with §1328 of the Bankruptcy Code.

Dated: September 16, 2021                                By the Court,

                                                          Honorable Mark J. Conway
                                                          United States Bankruptcy Judge
                                                          By: DaneishaDunbarYancey, Deputy Clerk

**fnldec** (10/20)